IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

In re: Blanca Castro § Case No.: 17-10287
§
§
§

DEBTOR'S RESPONSE TO
ORDER REGARDING NECESSITY OF FILING PAYMENT ADVICES

I, **Blanca Castro**, am the debtor in this bankruptcy case. I declare that I did not receive any payment advices or other evidence of payment from any employer during the last 60 days before the date of the filing of the bankruptcy petition. If this case is a joint case, both spouses have signed below this declaration jointly with respect to both.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on _____7-31-17_____(date).


_____Blanca Castro_____
Signature of Debtor


_____
Signature of Joint Debtor (if joint case)